# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cv-01278-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | TWENTY-ONE DAY DEADLINE |
| JONATHAN NETZER, | |
| Defendant. | |

This action was filed on August 29, 2016. On May 15, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within twenty-one days of the date of service of this order.

IT IS SO ORDERED.

Dated: **May 15, 2017**

UNITED STATES MAGISTRATE JUDGE