# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cv-01278-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR ENTRY OF JUDGMENT |
| v. | (ECF No. 19) |
| JONATHAN NETZER, | |
| Defendant. | |

On May 22, 2017, the parties filed a stipulation for entry of judgment in this matter. (ECF No. 19.)

Pursuant to the stipulation, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff United States of America and against Defendant Jonathan Netzer on the United States' claim for relief as set forth in the complaint in the amount of $87,353.30, including interest accrued through April 17, 2017, plus additional statutory interest to accrue under 28 U.S.C. § 1961(b). The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **May 22, 2017**

UNITED STATES MAGISTRATE JUDGE

1